UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:12-cr-307-T-26AEP                Date: March 23, 2018

U.S.A. v. Jose Helber Merchan-Cortes

**HONORABLE RICHARD A. LAZZARA**            Interpreter: Victoria Spellman & Dyalma Ocasio

Court Reporter: Sharon Miller               Courtroom Deputy: Susan Saylor

Attorney(s) for Government:                 Attorney(s) for Defendant:
Joe Ruddy                                   Stephen Golembe, Ret.

Time: 8:50 - 10:55 & 11:08 - 11:48   =   2.55

## CRIMINAL MINUTES - RESUME EVIDENTIARY SENTENCING REFORM ACT SENTENCING

X    Deft sworn.                                      USPO: Daniel Mangru

X    Defendant is adjudged guilty on Count 2 of the Indictment plea agreement).

X    Imprisonment: **168 Months** as to Count 2

X    The Court makes the following recommendations to the Bureau of Prisons:
(X) Confinement at FCI Miami, FL.
(X) Other: Recommend that the defendant was paroled into the United States for prosecution and that he be allowed to participate in the Unicor program.

X    Supervised Release: **5 Years** as to Count 2

X    Fine is **waived.**

X    Special Assessment: $100      (X) To be paid immediately.

X    Special conditions of ( ) probation (X) supervised release:

X    The mandatory drug testing provisions are imposed. The Court orders the defendant to submit to random drug testing not to exceed 104 tests per year.

X    Should the defendant be deported, he shall not be allowed to re-enter the U.S. without the express permission of the appropriate governmental authority.

X    Having been convicted of a qualifying felony, the Defendant shall cooperate in the collection of DNA.

X    Defendant is remanded to the custody of the US Marshal.

X    Count _1_ of the indictment is dismissed on motion of the Govt.

X    Defendant advised of right to appeal and to counsel on appeal.

X    Defendant on the record informs the Court that he is satisfied with the representation of his attorney.

X    Defendant's Oral request for downward variance is GRANTED by the Court.

Total Offense Level: 39
Criminal History Category: I
Imprisonment Range: 262 - 327 months
Supervised Release Range: 5 years
Restitution: N/A
Fine Range: $25,000 to $10,000,000
Special Assessment: $100.00